UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| LIONEL VINCENT HEARD, | ) |
| Plaintiff, | ) |
| V. | ) Civil No. 5: 17-185-JMH |
| DR. S. STENSON, et al., | ) |
| Defendants. | ) **JUDGMENT** |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Federal Rule of Civil Procedure 58 it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Lionel Vincent Heard's complaint [R. 1] is **DISMISSED WITH PREJUDICE** with respect to all issues raised in this proceeding.

2. Judgment is **ENTERED** in favor of the defendants.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 8th day of February, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge